**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **Emigdio Rene Caballero Perez,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | **NO. 6:26-CV-175-ADA-DTG** |
| *v.* | § | |
| | § | |
| **Devery Mooneyham, in his official** | § | |
| **capacity As Warden of the Limestone** | § | |
| **County Detention Facility, et al.,** | § | |
| | § | |
| *Respondents.* | § | |

## ORDER

On July 22, 2026, Petitioner filed a motion for voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Dkt. 12. Petitioner seeks to dismiss this action because Petitioner is no longer detained within the Western District of Texas having been moved to the Southern District of Texas. *See id.*

An action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. FED. R. CIV. P. 41(a)(2). The Court finds these terms are proper for dismissal, as Petitioner may find it more convenient to refile where Petitioner is now located. Petitioner's Motion should therefore be granted.

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Voluntary Dismissal (Dkt. 12) is **GRANTED.** Accordingly, the Clerk's Office is directed to **CLOSE** this case and **TERMINATE** all pending motions.

SIGNED ON JULY 23, 2026.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE